UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLAND A. ROSELLO, d/b/a
ROLAND A. ROSELLO, P.L.,

    Plaintiff,

v.                                    CASE NO. 8:17-cv-1935-T-26MAP

TOWER IMAGING, LLC, f/k/a TOWER
IMAGING, INC., d/b/a COMMUNITY
DIAGNOSTIC CENTER OF BRANDON, and
MERCHANTS ASSOCIATION
COLLECTIONS DIVISION, INC.,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of Plaintiff's amended complaint, which this Court must accept as true at this early juncture of the proceedings and must construe in the light most favorable to Plaintiff,[1] it is **ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss Plaintiff's Amended Complaint or Alternative Motions for More Definite Statement (Dkts. 22 & 23) are **denied**. In the Court's view, those allegations state claims for relief plausible on their face against both Defendants for violating the federal Fair Debt

---

[1] See Bishop v. Ross Earle & Bonan, P.A., 817 F. 3d 1268, 1270 (11th Cir. 2016).

Collections Practice Act and the Florida Consumer Collection Practices Act.[2] Defendants shall file their answer and defenses to Plaintiff's amended complaint within **fourteen (14) days** of this order.

      **DONE AND ORDERED** at Tampa, Florida, on October 12, 2017.

                              s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] See id.